UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JAMES GARVIN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No.: 12-15 (JDB) |

**RESPONSE TO COURT ORDER AND**
**MOTION FOR ORDER TO SHOW CAUSE**

The United States, by and through counsel, the United States Attorney for the District of Columbia, respectfully responds to the Court's September 2, 2016 Minute Order requesting a response to the Defendant's request for adjustment to his restitution payment schedule, made through a letter from Lynda Hart, dated August 29, 2016. While the United States remains committed to reviewing information about the Defendant's finances and making appropriate adjustments based on complete information, we are concerned about the large sum of arrearages in Court ordered payments now accrued by the Defendant. We, therefore, respectfully move for an order to show cause why the Defendant should not be held in contempt for violating the Court's September 10, 2015 monthly installment payment order [#36] (Order).

The Court's installment payment order imposed the following payment obligation on the Defendant: "monthly payments of $1,200 per month through March 2017…[,] and once Garvin no longer has the benefits of his income from the loan repayment[,] he will be responsible for $750 per month." Order at 3. A fair reading of this order would seem to require the Defendant to make minimum payments of no less than $750 per month. However, the Defendant has failed to do so. The following table reflects the Defendant's actual payments after the Court's Order:

| Date | Amount due | Amount paid | Monthly shortage | Balance brought forward |
|---|---|---|---|---|
| 10/02/15 | $1200.00 | $ 200.00 | $1000.00 | $1000.00 |
| 11/10/15 | $1200.00 | $1200.00 | $.00 | $1000.00 |
| 12/11/15 | $1200.00 | $1200.00 | $.00 | $1000.00 |
| 01/12/16 | $1200.00 | $1200.00 | $.00 | $1000.00 |
| 02/09/16 | $1200.00 | $.00 | $1200.00 | $2200.00 |
| 03/02/16 | $1200.00 | $300.00 | $900.00 | $3100.00 |
| 03/30/16 | $1200.00 | $1200.00 | $.00 | $3100.00 |
| 04/09/16 | $1200.00 | $.00 | $1200.00 | $4300.00 |
| 05/03/16 | $1200.00 | $1000.00 | $200.00 | $4500.00 |
| 06/13/16 | $1200.00 | $1200.00 | $.00 | $4500.00 |
| 07/19/16 | $1200.00 | $1200.00 | $.00 | $4500.00 |
| 08/09/16 | $1200.00 | $0.00 | $1200.00 | $5700.00 |
| 09/01/16 | $1200.00 | $0.00 | $1200.00 | $6900.00 |

Although the Defendant has made $8700 in payments, he has missed $6900 in payments, and in four separate months, he made no payment, not even the minimum monthly payment of $750. Given the increase in income the Defendant experienced from sources apart from the Golf Course, the Defendant should have been able to make some payment, as he had done in at least two months during this period. While the United States is willing to make reasonable adjustments in payments, the information submitted on behalf of the Defendant falls far short of explaining his history of missed payments. Accordingly, the Court should order the Defendant to show cause why he should not be held in contempt of the Court’s installment payment order.

WHEREFORE, the United States submits the foregoing information in response to the Court's September 2, 2016 Minute Order, and moves the Court to issue an Order requiring the Defendant to Show Cause why he should not be held in contempt of the Court's installment payment order.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

/s/

OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2508 / (202) 252-2599 (Facsimile)
oliver.mcdaniel@usdoj.gov

September 23, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Motion and attachments were sent by United States mail and/or the Court's electronic filing system on this 23rd day of September, 2016, to:

Vandy L. Jamison, Jr., Esquire
1300 Caraway Court
Suite 200
Largo, MD 20774

*Counsel for Defendant*

By: /s/
OLIVER W. McDANIEL
Assistant United States Attorney