UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Criminal Case No.: 12-015 (JDB) |
| JAMES GARVIN, Defendant. | ) | |

**MOTION FOR LEAVE TO LATE FILE UNITED STATES' STATUS REPORT**

The United States, through counsel, the United States Attorney for the District of Columbia, respectfully moves for leave to late file one day beyond the scheduled due date the accompanying Status Report. The United States submits that grounds support granting this motion inasmuch as Counsel for the United States have been unable to reach Counsel for the Defendant in order to confer and submit a joint status report, as contemplated by the Court's October 14, 2016 order. As noted in the status report, Counsel for the United States expended the additional time beyond the due date in the hope of contacting defense counsel and submitting a joint status report, unfortunately to no avail. Counsel intended no disrespect of the Court's order.

WHEREFORE, the foregoing considered, the United States submits that the Court should grant leave to late file its Status Report.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NO. 415793

By: ____________________/s/____________________
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney

TAMMY A. HOLLOWAY, MD Bar
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2633 (TH)/ (202) 252-2508 (OM)
(202) 252-2599 (Facsimile)
Tammy.Holloway2@usdoj.gov
oliver.mcdaniel@usdoj.gov

November 15, 2016

**CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Motion for Leave to Late File United States' Status Report and a Proposed Order, as well as the accompanying Status Report, to be served on the following by the Court's electronic case filing system or by first class mail:

Vandy L. Jamison, Jr., Esquire
1300 Caraway Court
Suite 200
Largo, MD 20774

on this 15th day of November, 2016.

/s/
OLIVER W. McDANIEL
Assistant United States Attorney